Fill in this information to identify the case:

Debtor name: Serendipity Home Decor LLC

United States Bankruptcy Court for the: Eastern District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Judy Ann Wiechers Trust<br>184 North St<br>Woodland, CA, 95695 | | Merchandise and equipment | | | | 250,558.63 |
| 2 | Elk Lighting Creativity<br>P.O. Box 2169<br>Oakland, CA, 94621 | | Suppliers or Vendors | Disputed | | | 104,565.13 |
| 3 | DMF NYC, LLC<br>600 Third Avenue<br>New York, NY, 10016 | Dennis C. Pons, Jaffe and Asher LLP | Suppliers or Vendors | Disputed | | | 50,446.86 |
| 4 | K & K Interiors, Inc.<br>3914 Murphy Canyon Road<br>Suite A162<br>San Diego, CA, 92123 | | Suppliers or Vendors | Disputed | | | 25,748.66 |
| 5 | A&B Home<br>8583 Irvine Center Drive<br>Suite 500<br>Irvine, CA, 92618 | Gaba Guerrini Law | Suppliers or Vendors | | | | 24,796.66 |
| 6 | Accent Decor, Inc.<br>8583 Irvine Center Drive<br>Suite 500<br>Irvine, CA, 92618 | | Suppliers or Vendors | Disputed | | | 16,969.33 |
| 7 | Kalalou<br>P.O. Box 2169<br>Oakland, CA, 94621 | Steven A. Booska | Suppliers or Vendors | | | | 11,364.66 |
| 8 | Primitives by Kathy, Inc.<br>8583 Irvine Center Drive<br>Suite 500<br>Irvine, CA, 92618 | | Suppliers or Vendors | Disputed | | | 11,033.78 |

Debtor    Serendipity Home Decor LLC             Case number *(if known)* _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | SHISHI US, LLC<br>240 Peachtree Street NW<br>Showroom 16-E-4<br>Mableton, GA, 30126 | Iiris Haggi | Suppliers or Vendors | | | | 9,634.52 |
| 10 | Christian Brands Company<br>56 Perimeter Center East<br>Suite 100<br>Atlanta, GA, 30346 | Roger Josey, C2C Resources LLC | Suppliers or Vendors | Disputed | | | 7,428.87 |
| 11 | Transpac Imports<br>P.O. Box 2169<br>Oakland, CA, 94621 | | Suppliers or Vendors | Disputed | | | 4,943.76 |
| 12 | True Brands<br>3189 Princeton Rd<br>Suite #217<br>Hamilton, OH, 45011 | Nicole Vayo, Aaron Bryant Stewart & Cross | Suppliers or Vendors | | | | 4,074.53 |
| 13 | PG&E<br>PO Box 997300<br>Sacramento, CA, 95899-7300 | | Utility Services | | | | 3,552.91 |
| 14 | The Hartford Financial Services<br>P.O. Box 505<br>Linden, MI, 48451-0505 | John Barna, Brown & Joseph LLC | | | | | 1,745.04 |
| 15 | XPO Logistics Freight, Inc.<br>29559 Network Place<br>Chicago, IL, 60673 | | Services | Disputed | | | 890.15 |
| 16 | FedEx, U.S. Collections Department<br>P.O. Box 7221<br>Pasadena, CA, 91109-7321 | | Services | | | | 525.52 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |